IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA THOMS, individually and as Personal Representative of the Estate of Robert Thoms,<br><br>　　Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CIV. ACT. NO. 1:20-cv-235-ECM<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

On April 6, 2022, the parties informed the Court that a settlement has been reached in this case. Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid. It is further

ORDERED that all deadlines are terminated, and all motions are denied.

Done this 6th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE